IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 0 5 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

__Johnny wayne Rogers Jr__,

(Enter the full name of the plaintiff.)

v.

(1) __Stephens County__,
(2) __Javier martincze__,
(3) _____.

(Enter the full name of each defendant. Attach additional sheets as necessary.)

CIV-21-774-J

Case No. _____
(Court Clerk will insert case number)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.   You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.   You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.   You must send the original complaint and one copy to the Clerk of the District Court.

4.   You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5.   If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. See 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

# COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

_X_ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

_____

Rev. 10/20/2015

II. State whether you are a:

\_\_\_ Convicted and sentenced state prisoner

\_\_\_ Convicted and sentenced federal prisoner

\_\_\_ Pretrial detainee

\_\_\_ Immigration detainee

_X_ Civilly committed detainee

\_\_\_ Other (please explain) _Sitting out fines_

III. Previous Federal Civil Actions or Appeals

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

      Plaintiff(s): _Johnny W. Rogers Jr._

      Defendant(s): _Butte County sheriffs, sheriff Korey Honea_

   b. Court and docket number: _____

   c. Approximate date of filing: _2015_

   d. Issues raised: _criminal negligence leading to personal injury._

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _Self terminated._

   f. Approximate date of disposition: _2016_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

IV.  **Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

    Name and any aliases: Johnny W. Rogers Jr.

    Address: 101 South 11th Street Duncan OK 73533

    Inmate No.: 032103

2. Defendant No. 1

    Name and official position: Stephens County, Javier martenez Jail administrator

    Place of employment and/or residence: Stephens County

    How is this person sued? (x) official capacity, ( ) individual capacity, ( ) both

3. Defendant No. 2

    Name and official position: Stephens County

    Place of employment and/or residence: Stephens County

    How is this person sued? (x) official capacity, ( ) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.  **Claim 1:**

    (1) List the right that you believe was violated:
    14th Amendment, 6th Amendment and 8th Amendment, in Denying me Access to legal Access to the courts for redress

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)
    Stephens County, Javier Martinez in his official capacity.

Rev. 10/20/2015

(3) List the supporting facts:

while Being Held for trial in stephens county detention facility on 7-1-21 I asked for access to law library and for printed version of a case and was Denied see attachment #1

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

Award monetary Compensation of $100,000

2. **Claim II:**

(1) List the right that you believe was violated:

14th Amendment, Fals imprisonment, Fals Arrest, Denied "Equal" Protection under the law.

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Stephens County; Javier martinez

(3)   List the supporting facts:

At arraignment I requested O.R. Bail due to poverty. Judge Hasburger set Bail at $80,000 when the Bail Schedule listed was $5,000 on each case for a possible total of $10,000. Was Denied O.R. Bail

(4)   Relief requested: (State briefly exactly what you want the court to do for you.)

financial recompense of $800 per day for each day of incarceration, and additional $5,700 for the loss of my vehichle due to prolonged incarceration And $2,000 for loss of wages = $43,100

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.  Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____          Aug 3rd 2021
Plaintiff's signature                                         Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 3rd day of August, 2021.

_____          08-03-2021
Plaintiff's signature                                         Date

Rev. 10/20/2015